UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI PORTNOY,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No.  CIV. S-14-422 LKK/CKD<br><br><br>**ORDER** |

This matter has been referred to this court from the United States Court of Appeals for the Ninth Circuit "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." Referral Notice, filed April 21, 2014, in Case No. 14-15737.

This action was dismissed with prejudice as barred by res judicata. See Order filed April 9, 2014 (ECF No. 5); Findings and Recommendations filed February 24, 2014 (ECF No. 3).  As discussed in the findings and recommendations adopted in full by this court, plaintiff has repeatedly litigated the claims at issue in this action in several action filed in this court since

2001.  Plaintiff's appeal is therefore frivolous and this court hereby revokes plaintiff's in forma pauperis status.  See <u>Hooker v. American Airlines</u>, 302 F.3d 1091, 1092 (9th Cir. 2002).

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to file in this action the Referral Notice filed April 21, 2014 in the United States Court of Appeals for the Ninth Circuit.

2.  Plaintiff's in forma pauperis status is revoked; and

3.  The Clerk of the Court is directed to serve a copy of this order on the parties to this action; and

4.  The Clerk of the Court is directed to send a copy of this order to the United States Court of Appeals for the Ninth Circuit.

DATED:  April 21, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT